IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROY CLIFTON SNOWDEN

VS                    NO. 4:06CV00047 GH

PRODUCERS TRACTOR COMPANY INCORPORATED

## **ORDER**

The Court having been advised that the above cause of action has been settled, it is hereby dismissed with prejudice. If any party desires that the terms of the settlement become a part of the record herein, they should be reduced to writing and filed with the Court within 30 days of this order.

DATED: NOVEMBER 21, 2006

AT THE DIRECTION OF THE COURT

JAMES W. MCCORMACK, CLERK


BY: /s/ Patricia L. Murray
    COURTROOM DEPUTY CLERK